IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DISTRICT

UNITED STATES OF AMERICA  PLAINTIFF

VS.  CRIMINAL ACTION NO. 4:02CR22

MICHAEL L. JORDAN  DEFENDANT

## ORDER

Before the court for consideration is defendant's request by letter to mitigate sentence, which the court will treat as a motion. A review of the case indicates that the request to mitigate sentence should be denied and it is so ordered.

ORDERED this the 7th day of March, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE